■ Eva Kleinmunz, Respondent, v Alvin Katz, Appellant.—Order unanimously affirmed without costs *(see, Balducci v Jason,* 133 AD2d 436). (Appeal from order of Supreme Court, Kings County, Krausman, J.—restore to calendar.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.